B1 (Official Form 1)(1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **United States Bankruptcy Court**<br>**District of Connecticut** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bushnell Regency, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>30-0134674 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>67 Prospect Ave.<br>Hartford, CT<br>ZIP Code 06106 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Hartford | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Alan B. Silver  CT 08611 ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                           Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Bushnell Regency, LLC |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Bushnell Regency, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Alan B. Silver
_____
Signature of Attorney for Debtor(s)

 Alan B. Silver  CT 08611
_____
Printed Name of Attorney for Debtor(s)

 Levy & Droney, P.C.
_____
Firm Name
 274 Silas Deane Highway
 Wethersfield, CT 06109
_____
Address

 (860) 257-9327  Fax: (860) 257-9324
_____
Telephone Number

 March 24, 2010
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Martin Carlin
_____
Signature of Authorized Individual
 Martin Carlin
_____
Printed Name of Authorized Individual
 Agent
_____
Title of Authorized Individual
 March 24, 2010
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re    Bushnell Regency, LLC

                   Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Barbara Raisner<br>100 Wells Street<br>Unit 904<br>Hartford, CT 06103 | Barbara Raisner<br>100 Wells Street<br>Unit 904<br>Hartford, CT 06103 | Unpaid Common Charges | | Unknown |
| Bushnell Regency Management LLC<br>50 Wacona Avenue<br>Waterbury, CT 06705 | Bushnell Regency Management LLC<br>50 Wacona Avenue<br>Waterbury, CT 06705 | Management Contract Services | | 7,500.00 |
| Carpets Plus<br>35 Franklin Street<br>East Hartford, CT 06108 | Carpets Plus<br>35 Franklin Street<br>East Hartford, CT 06108 | Carpeting | | 3,593.89 |
| Charles Kriss<br>100 Wells Street<br>Unit 1102<br>Hartford, CT 06103 | Charles Kriss<br>100 Wells Street<br>Unit 1102<br>Hartford, CT 06103 | Unpaid Common Charges | | Unknown |
| City of Hartford<br>Tax Collector<br>550 Main Street<br>Hartford, CT 06103 | City of Hartford<br>Tax Collector<br>550 Main Street<br>Hartford, CT 06103 | Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 1 | | 1.00 (8,600,000.00 secured) (10,091,632.62 senior lien) |
| Condo Association<br>67 Prospect Ave.<br>Suite 301A<br>Hartford, CT 06106 | Condo Association<br>67 Prospect Ave.<br>Suite 301A<br>Hartford, CT 06106 | Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 1 | Disputed | 274,274.96 (8,600,000.00 secured) (9,817,357.66 senior lien) |
| Dana Cirtu<br>100 Wells Street<br>Unit 319<br>Hartford, CT 06103 | Dana Cirtu<br>100 Wells Street<br>Unit 319<br>Hartford, CT 06103 | Unpaid Common Charges | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   Bushnell Regency, LLC                                              Case No.   _____
                                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Deborah Cooper<br>100 Wells Street<br>Unit 1011<br>Hartford, CT 06103 | Deborah Cooper<br>100 Wells Street<br>Unit 1011<br>Hartford, CT 06103 | Unpaid Common Charges | | Unknown |
| Eagle Run LLC<br>67 Prosepect Avenue, Suite 301A<br>Hartford, CT 06106 | Eagle Run LLC<br>67 Prosepect Avenue, Suite 301A<br>Hartford, CT 06106 | Loan/Equity Contribution | | 331,000.00 |
| Florina Cirtu<br>100 Wells Street<br>Unite 319<br>Hartford, CT 06103 | Florina Cirtu<br>100 Wells Street<br>Unite 319<br>Hartford, CT 06103 | Unpaid Common Charges | | Unknown |
| Frederick Townsend<br>100 Wells Street<br>Unit 908<br>Hartford, CT 06103 | Frederick Townsend<br>100 Wells Street<br>Unit 908<br>Hartford, CT 06103 | Unpaid Common Charges | | Unknown |
| Jose R Morcillo<br>641 Park Street, Apt. B1<br>Hartford, CT 06106 | Jose R Morcillo<br>641 Park Street, Apt. B1<br>Hartford, CT 06106 | Wages | | 180.00 |
| Katherine J. Rossi<br>208a Neck Road<br>Madison, CT 06443 | Katherine J. Rossi<br>208a Neck Road<br>Madison, CT 06443 | Wages, Personal Time, Sick Time, Vacation | | 6,158.75 |
| Lester Clarke<br>166 Collins St, Apt 110<br>Hartford, CT 06105 | Lester Clarke<br>166 Collins St, Apt 110<br>Hartford, CT 06105 | Wages | | 165.00 |
| MDC<br>555 Main Street<br>P.O. Box<br>Hartford, CT 06142-0800 | MDC<br>555 Main Street<br>P.O. Box<br>Hartford, CT 06142-0800 | Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 1 | Disputed | 17,748.93<br>(8,600,000.00 secured)<br>(9,778,500.00 senior lien) |
| MDC<br>555 Main Street<br>P.O. Box 800<br>Hartford, CT 06142-0800 | MDC<br>555 Main Street<br>P.O. Box 800<br>Hartford, CT 06142-0800 | Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 1 | Disputed | 21,108.73<br>(8,600,000.00 secured)<br>(9,796,248.93 senior lien) |
| Richard Caouetter<br>17 Farrel Street<br>Wolcott, CT 06716 | Richard Caouetter<br>17 Farrel Street<br>Wolcott, CT 06716 | Wages, Personal, Sick Time, and Vacation | | 5,433.84 |

B4 (Official Form 4) (12/07) - Cont.

In re    Bushnell Regency, LLC                                            Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| The Jaffe Spirit, LLC<br>67 Prospect Avenue, Suite 301A<br>Hartford, CT 06106 | The Jaffe Spirit, LLC<br>67 Prospect Avenue, Suite 301A<br>Hartford, CT 06106 | Equity Contribution | | 202,052.00 |
| Victor M. Rivera<br>100 Wells Street, Apt #1220<br>Hartford, CT 06103 | Victor M. Rivera<br>100 Wells Street, Apt #1220<br>Hartford, CT 06103 | Wages, Personal Time, Sick Time, Vacation | | 2,983.39 |
| Wells Fargo Bank Minnesota NA<br>c/o Berkadia Commercial Mortgage, LLC<br>118 Welsh Road<br>Horsham, PA 19044 | Wells Fargo Bank Minnesota NA<br>c/o Berkadia Commercial Mortgage, LLC<br>118 Welsh Road<br>Horsham, PA 19044 | Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 1 | Disputed | 9,778,500.00<br><br>(8,600,000.00 secured) |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    March 24, 2010                          Signature    /s/ Martin Carlin
                                                              Martin Carlin
                                                              Agent

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re    Bushnell Regency, LLC                         ,      Case No. _____
                                            Debtor
                                                                        Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 8,600,000.00 | | |
| B - Personal Property | Yes | 5 | 246,623.08 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 10,091,633.62 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 14,920.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 544,145.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | Total Assets | | 8,846,623.08 | | |
| | | Total Liabilities | | 10,650,700.49 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Connecticut

In re    Bushnell Regency, LLC                             ,      Case No. _____

                               Debtor

Chapter             11          

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Bushnell Regency, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 18, 1988 and filed in Volume 2845 at Page 1 of the Hartford Land Records. Together with any special declarant rights and development rights as may exist under said Declaration. | Fee simple | - | 8,600,000.00 | 10,091,633.62 |

| | | |
|---|---|---|
| Sub-Total > | 8,600,000.00 | (Total of this page) |
| Total > | 8,600,000.00 | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07)

In re    **Bushnell Regency, LLC** _____,    Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | New Sovereign Bank Operating Checking Account ending in 3300 | - | 10,410.24 |
| | | Webster Money Market Checking Account ending in 3661 | - | 68,576.29 |
| | | Webster Checking Account (Security Deposits) ending in 3652 | - | 4,640.89 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      83,627.42
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re     Bushnell Regency, LLC                                              ,     Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Intefrated Physical Therapy | - | 0.87 |
| | | Miniter & Associates | - | 6,495.00 |
| | | Emshanov, Konstantin | - | 5,580.00 |
| | | Laurine, Jennifer | - | 1,225.00 |
| | | Chen, Christopher | - | 224.65 |
| | | Chinniah, Nihal | - | 1,180.00 |
| | | Guardiani, Alberta L. | - | 1,050.00 |
| | | Pillai, Arun Gopinathan | - | 100.00 |
| | | Krzyzek, Ray | - | 1,465.00 |
| | | Alexander, Derek | - | 1,800.00 |
| | | Lee, Ownie | - | 75.00 |
| | | Shenoi, Krishna Sujith | - | 0.14 |
| | | Meaden, Charles-son | - | 1,600.00 |
| | | | Sub-Total > (Total of this page) | 20,795.66 |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     Bushnell Regency, LLC                                    ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Boylan, John | - | 7,000.00 |
| | | Hirko, Catherine | - | 200.00 |
| | | Universally Residence LLC | - | 50,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Sub-Total >          57,200.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Bushnell Regency, LLC                                    ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Mortgage broker deposit held with Bridge Funding Inc. | - | 85,000.00 |

|  | Sub-Total > | 85,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 246,623.08 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

VOL 4904 PG 015

<u>Legal Description</u>

Certain condominium units located in the City of Hartford, County of Hartford and State of Connecticut, existing pursuant to a certain declaration dated October 18, 1988, and recorded in Volume 2845, at Page 1, of the Hartford Land Records, as same may be amended from time to time (the "Declaration"), and described as follows:

C101, R301, R302, R303, R307, R311, R312, R315, R316, R317, R318, R320, R402, R403, R404, R406, R407, R409, R411, R412, R414, R415, R416, R417, R418, R419, R502, R503, R504, R507, R509, R514, R516, R517, R518, R520, R601, R602, R603, R606, R607, R611, R612, R614, R615, R616, R617, R618, R619, R702, R703, R704, R707, R709, R711, R712, R716, R717, R718, R719, R720, R801, R803, R807, R808, R809, R811, R812, R814, R815, R816, R817, R818, R901, R902, R903, R906, R907, R909, R910, R911, R912, R914, R915, R916, R918, R919, R1001, R1002, R1003, R1004, R1006, R1007, R1008, R1009, R1012, R1014, R1015, R1016, R1017, R1018, R1019, R1020, R1101, R1103, R1104, R1106, R1107, R1109, R1110, R1111, R1112, R1114, R1115, R1116, R1118, R1119, R1120, R1201, R1202, R1203, R1204, R1208, R1209, R1211, R1216, R1217, R1218, R1219, R1220, P101, P102, P103, P104, P105, P106, P107, P108, P109, P110, P111, P112, P113, P114, P115, P116, P117, P118, P119, P120, P121, P122, P123, P124, P125, P126, P127, P128, P129, P130, P131, P132, P133, P134, P135, P136, P137, P138, P139, P140, P141, P143, P145, P146, P147, P148, P149, P156, P161, P162, P165, P166, P167, P174, P175, P176, P177, P178, P179, P180, P181, P183, P184, P185, P187, P188, P189, P191, P192, P193, P194, P195, P196, P197, P198, P199, P200, P201, P202, P203, P205, P206, P208, P209, P210, P212, P213, P214, P215, P216, P217, P218, P219, P221, P222, P223, P224, P225, P226, P227, P228, P229, P230, P231, P232, P233, P234, P235, P236, P237, P238, P239, P240, P241, P242, P243, P244, P245, P246, P247, P249, P255, P257, P258, P259, P260, P261, P262, P263, P264, P265, P266, P267, P268, P269, P270, P271, P272, P273, P274, P278, P279, P280, P281, P282, P283, P284, P285, P286, P287, P290, P292, P298, P303, P304, P305, P308, P309, P311, P312, P313, P314, P315, P316, P317 and P318.

Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 18, 1988 and filed in Volume 2845 at Page 1 of the Hartford Land Records.

The premises are together with and subject to the terms, conditions, agreements, obligations and easements contained in the Declaration as it may be amended or supplemented:

B6D (Official Form 6D) (12/07)

In re _____Bushnell Regency, LLC_____,    Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No.<br><br>City of Hartford<br>Tax Collector<br>550 Main Street<br>Hartford, CT 06103 | - | | | Tax Lien<br>Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 18, 1988 and filed in Volume 2845 at Page 1 of the Hartford Land Records. Together with any | | | | | |
| | | | | Value $        8,600,000.00 | | | | 1.00 | 1.00 |
| Account No.<br><br>Condo Association<br>67 Prospect Ave.<br>Suite 301A<br>Hartford, CT 06106 | - | | | Various<br>Condo Fees<br>Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 18, 1988 and filed in Volume 2845 at Page 1 of the Hartford Land Records. Together with any | | | X | | |
| | | | | Value $        8,600,000.00 | | | | 274,274.96 | 274,274.96 |
| Account No.<br><br>MDC<br>555 Main Street<br>P.O. Box<br>Hartford, CT 06142-0800 | - | | | June 15, 2007<br>Certificate of Lien<br>Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 18, 1988 and filed in Volume 2845 at Page 1 of the Hartford Land Records. Together with any | | | X | | |
| | | | | Value $        8,600,000.00 | | | | 17,748.93 | 17,748.93 |
| Account No.<br><br>MDC<br>555 Main Street<br>P.O. Box 800<br>Hartford, CT 06142-0800 | - | | | September 15, 2008<br>Certificate of Lien<br>Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 18, 1988 and filed in Volume 2845 at Page 1 of the Hartford Land Records. Together with any | | | X | | |
| | | | | Value $        8,600,000.00 | | | | 21,108.73 | 21,108.73 |

___1___ continuation sheets attached

Subtotal
(Total of this page)                                313,133.62                313,133.62

B6D (Official Form 6D) (12/07) - Cont.

In re    Bushnell Regency, LLC                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. 99-1087991 | | | | 12/20/2002 First Mortgage Declared Condo Units as per attached. Said Units exist pursuant to a Declaration of Condominium by Schwartz Ginsberg Bushnell Partners dated October 18, 1988 and filed in Volume 2845 at Page 1 of the Hartford Land Records. Together with any | | | | | |
| Wells Fargo Bank Minnesota NA c/o Berkadia Commercial Mortgage, LLC 118 Welsh Road Horsham, PA 19044 | X | - | | | | | X | | |
| | | | | Value $               8,600,000.00 | | | | 9,778,500.00 | 1,178,500.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet   1   of   1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 9,778,500.00 | 1,178,500.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 10,091,633.62 | 1,491,633.62 |

B6E (Official Form 6E) (12/07)

In re    Bushnell Regency, LLC                                                      ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re    Bushnell Regency, LLC                                         ,    Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | | |
| Jose R Morcillo 641 Park Street, Apt. B1 Hartford, CT 06106 | - | | | | | | | | 0.00 |
| | | | | | | | 180.00 | | 180.00 |
| Account No. | | | Wages, Personal Time, Sick Time, Vacation | | | | | | |
| Katherine J. Rossi 208a Neck Road Madison, CT 06443 | - | | | | | | | | 0.00 |
| | | | | | | | 6,158.75 | | 6,158.75 |
| Account No. | | | Wages | | | | | | |
| Lester Clarke 166 Collins St, Apt 110 Hartford, CT 06105 | - | | | | | | | | 0.00 |
| | | | | | | | 165.00 | | 165.00 |
| Account No. | | | Wages, Personal, Sick Time, and Vacation | | | | | | |
| Richard Caouetter 17 Farrel Street Wolcott, CT 06716 | - | | | | | | | | 0.00 |
| | | | | | | | 5,433.84 | | 5,433.84 |
| Account No. | | | Wages, Personal Time, Sick Time, Vacation | | | | | | |
| Victor M. Rivera 100 Wells Street, Apt #1220 Hartford, CT 06103 | - | | | | | | | | 0.00 |
| | | | | | | | 2,983.39 | | 2,983.39 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 14,920.98 | 0.00 | 14,920.98 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 14,920.98 | 0.00 | 14,920.98 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Bushnell Regency, LLC                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>Barbara Raisner<br>100 Wells Street<br>Unit 904<br>Hartford, CT 06103 | | - | | | Unpaid Common Charges | | | | Unknown |
| Account No.<br><br>Bushnell Regency Management LLC<br>50 Wacona Avenue<br>Waterbury, CT 06705 | | | | | Management Contract Services | | | | 7,500.00 |
| Account No.<br><br>Carpets Plus<br>35 Franklin Street<br>East Hartford, CT 06108 | | - | | | Various<br>Carpeting | | | | 3,593.89 |
| Account No.<br><br>Charles Kriss<br>100 Wells Street<br>Unit 1102<br>Hartford, CT 06103 | | - | | | Unpaid Common Charges | | | | Unknown |

| | | |
|---|---|---|
| __3__ continuation sheets attached | Subtotal<br>(Total of this page) | 11,093.89 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Bushnell Regency, LLC                                      ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Unpaid Common Charges | | | | |
| Dana Cirtu 100 Wells Street Unit 319 Hartford, CT 06103 | | - | | | | | | Unknown |
| Account No. | | | | Unpaid Common Charges | | | | |
| Deborah Cooper 100 Wells Street Unit 1011 Hartford, CT 06103 | | - | | | | | | Unknown |
| Account No. | | | | Various Loan/Equity Contribution | | | | |
| Eagle Run LLC 67 Prosepect Avenue, Suite 301A Hartford, CT 06106 | | | | | | | | 331,000.00 |
| Account No. | | | | Unpaid Common Charges | | | | |
| Florina Cirtu 100 Wells Street Unite 319 Hartford, CT 06103 | | - | | | | | | Unknown |
| Account No. | | | | Unpaid Common Charges | | | | |
| Frederick Townsend 100 Wells Street Unit 908 Hartford, CT 06103 | | - | | | | | | Unknown |

Sheet no.  1  of  3  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                331,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bushnell Regency, LLC                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Unpaid Common Charges | | | | |
| Hal Bogardus 100 Wells Street Unit 706 Hartford, CT 06103 | - | | | | | | | Unknown |
| Account No. | | | | Unpaid Common Charges | | | | |
| Helene Brown 1 Gold Street, #7A Hartford, CT 06103 | - | | | | | | | Unknown |
| Account No. | | | | Unpaid Common Charges | | | | |
| Henry Yancovich 100 Wells Street Unit 304 Hartford, CT 06103 | - | | | | | | | Unknown |
| Account No. | | | | Unpaid Common Charges | | | | |
| Joseph Bradley 100 Wells Street Unit 519 Hartford, CT 06103 | - | | | | | | | Unknown |
| Account No. | | | | Unpaid Common Charges | | | | |
| Kathleen Fitzsimmons 100 Wells Street Unit 508 Hartford, CT 06103 | - | | | | | | | Unknown |

Sheet no. _2_ of _3_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Bushnell Regency, LLC _____,    Case No. _____
                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Unpaid Common Charges | | | | |
| Neil Rekhi 100 Wells Street Unit 410 Hartford, CT 06103 | | - | | | | | | Unknown |
| Account No. | | | | Unpaid Common Charges | | | | |
| Ruth Yancovich 100 Wells Street Unit 304 Hartford, CT 06103 | | - | | | | | | Unknown |
| Account No. | | | | Various Equity Contribution | | | | |
| The Jaffe Spirit, LLC 67 Prospect Avenue, Suite 301A Hartford, CT 06106 | | - | | | | | | 202,052.00 |
| Account No. | | | | Unpaid Common Charges | | | | |
| Zenaida Martinez 100 Wells Street Unit 608 Hartford, CT 06103 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no.  3   of  3   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 202,052.00

Total
(Report on Summary of Schedules) | 544,145.89

B6G (Official Form 6G) (12/07)

In re     Bushnell Regency, LLC                                    ,     Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Bridge Funding Inc.<br>535 Fifth<br>26th Floor<br>New York, NY 10017 | Mortgage Broker |
| Bushnell Regency Management LLC<br>50 Wacona Avenue<br>Waterbury, CT 06705 | Management Contract |
| Rent Roll (See Attached) | |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

| Units && Leases (173 leases) | Unit Type | Square Footage | Primary Tenant | Lease Starts | Lease Ends | Market Rent | Lease Rent | Deposits Held |
|---|---|---|---|---|---|---|---|---|
| 100 Wells Street-01A | | | | | | | | |
| 01B | | 1,522 | Integrated Physical Therapy | 9/1/2009 | 9/16/2009 | $2,091.87 | $2,091.87 | $2,029.33 |
| 01C | | 4,207 | Practice Management Consultants | 5/1/2006 | 4/29/2011 | $5,950.00 | $5,950.00 | $5,950.00 |
| 01C | | 1,500 | Vacant | | | $1,731.78 | $0.00 | $0.00 |
| 01D | | 3,120 | Vacant | | | $3,452.06 | $0.00 | $0.00 |
| 01E | | | | | | | | |
| 01E | 1X1 | 585 | Associates, S D | 2/1/2010 | 1/31/2013 | $780.00 | $0.00 | $0.00 |
| 01F | | 748 | Bushnell Commercial Office | 9/1/2008 | 8/5/2099 | $0.00 | $600.00 | $600.00 |
| 02A | | 2,134 | Command Security Corp. | 7/1/2003 | 11/30/2009 | $3,495.00 | $3,145.00 | $2,029.33 |
| 02AB | | 677 | Stephen B. Goddard | 4/15/2005 | 4/14/2010 | $712.50 | $712.50 | $712.50 |
| 02B | | 1,009 | Karl A. Fransson | 5/1/1996 | 5/31/2009 | $1,199.39 | $1,199.39 | $778.00 |
| 02C | | 399 | Helene Brown | 9/1/2001 | 5/31/2009 | $549.88 | $549.88 | $466.67 |
| 02D | | 2,537 | Vacant | | | $4,000.00 | $0.00 | $0.00 |
| 02E | | 970 | Cosmic Concepts, LTD, T/A Media | 3/15/2010 | 3/31/2013 | $1,293.00 | $1,121.17 | $1,121.17 |
| 02F | | 961 | Vacant | | | $2,491.26 | $0.00 | $0.00 |
| 02G | | 907 | Vacant | | | $1,209.33 | $0.00 | $0.00 |
| 02H | | 2,465 | Connecticut Trial Lawyers Assoc. | 12/1/2000 | 11/30/2010 | $3,831.25 | $3,831.25 | $0.00 |
| 02I | | 1,259 | Maier Design Group | 2/1/2009 | 1/31/2012 | $1,679.00 | $1,679.00 | $1,700.00 |
| 02J | | 628 | Vacant | | | $854.74 | $0.00 | $0.00 |
| 02K | | 1,549 | Miniter & Associates | 12/1/2003 | 8/20/2011 | $1,967.42 | $2,065.00 | $4,160.00 |
| 0301 | 2x1.50 | 1,104 | Ekeh, Chima Ralph | 1/1/2010 | 1/31/2011 | $1,710.00 | $1,400.00 | $1,400.00 |
| 0302 | 2X2 | 1,228 | Kesavan, Sainath | 3/1/2010 | 3/31/2011 | $1,800.00 | $1,400.00 | $1,400.00 |
| 0303 | 1X1 | 711 | Nangia, Geetika | 11/13/2008 | 5/12/2010 | $1,300.00 | $1,100.00 | $500.00 |
| 0307 | 1X1 | 711 | Stanley, Norman | 9/15/2000 | 9/30/2010 | $1,300.00 | $1,160.00 | $1,035.00 |
| 0311 | 1X1 | 772 | Sedhumadhavan, Balakrishnan | 3/1/2010 | 8/31/2010 | $1,300.00 | $1,100.00 | $500.00 |
| 0312 | 1X1 | 772 | Frascati-Robinson, Aasta | 2/1/2008 | 7/31/2010 | $1,300.00 | $1,100.00 | $1,000.00 |
| 0315 | 1X1 | 711 | Carter, Kelly | 8/7/2004 | 8/31/2010 | $1,300.00 | $1,130.00 | $713.00 |
| 0316 | 1X1 | 772 | Shah, Sameep | 7/20/2008 | 4/30/2010 | $1,300.00 | $1,400.00 | $500.00 |
| 0317 | 1X1 | 711 | Jena, Amaresh | 1/1/2010 | 6/30/2010 | $1,300.00 | $1,150.00 | $500.00 |
| 0318 | 1X1 | 772 | Valdiamani, Sudhakar | 2/6/2009 | 8/5/2010 | $1,300.00 | $1,120.00 | $500.00 |
| 0320 | 2X2 | 1,228 | Emshanov, Konstantin | 10/4/2008 | 4/30/2010 | $1,800.00 | $1,500.00 | $500.00 |

Rent Roll

| Unit | Type | SqFt | Name | Move-In | Move-Out | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 0402 | 2X2 | 1,228 | Melendi, Joseph | 3/1/1983 | 4/30/2011 | $1,800.00 | $1,490.00 |
| 0403 | 1X1 | 711 | Golden-Hebsgaard, Carolyn | 3/4/2004 | 6/30/2010 | $1,300.00 | $1,010.00 |
| 0404 | 1X1 | 772 | Srivastava, Richa | 9/10/2009 | 8/31/2010 | $1,300.00 | $500.00 |
| 0406 | 1X1 | 772 | Hardy, Jackie | 11/1/2009 | 10/31/2010 | $1,050.00 | $0.00 |
| 0407 | 1X1 | 711 | Narayan, Vijay | 9/20/2009 | 10/31/2010 | $1,300.00 | $1,050.00 |
| 0409 | 0x1 | 601 | Frechette, Susan | 3/30/2008 | 9/30/2010 | $995.00 | $995.00 |
| 0411 | 1X1 | 772 | Mysore, Arun | 9/30/2008 | 8/17/2010 | $1,300.00 | $1,175.00 |
| 0412 | 1X1 | 772 | Sukumar, Sandhya | 8/18/2009 | 7/31/2010 | $1,300.00 | $1,100.00 |
| 0414 | 1X1 | 772 | Laurine, Jennifer | 2/1/2010 | 6/30/2010 | $1,300.00 | $500.00 |
| 0415 | 1X1 | 711 | Bose, Sunit | 5/15/2005 | 6/5/2010 | $1,300.00 | $1,150.00 |
| 0416 | 1X1 | 772 | Sahu, Sheetalagna | 12/8/2008 | 6/30/2010 | $1,300.00 | $1,100.00 |
| 0417F | 1X1 | 711 | Vacant | | | $1,850.00 | $0.00 |
| 0418 | 1X1 | 772 | Vacant | | | $0.00 | $0.00 |
| 0419 | 2x1.50 | 1,104 | Antanitis, Cynthia | 1/1/2010 | 3/31/2010 | $1,710.00 | $1,470.00 |
| 0502 | 2X2 | 1,228 | Duhl, Jaime | 3/15/2001 | 7/31/2010 | $1,800.00 | $1,599.00 |
| 0503 | 1X1 | 711 | Vacant | | | $1,300.00 | $0.00 |
| 0504 | 1X1 | 772 | Sunar, Ashutosh | 8/1/2009 | 9/14/2010 | $1,300.00 | $1,150.00 |
| 0507 | 1X1 | 711 | Scholes, John | 3/15/2010 | 3/31/2010 | $1,300.00 | $1,177.98 |
| 0509 | 0x1 | 601 | Chen, Christopher | 3/18/2010 | 3/24/2010 | $995.00 | $995.00 |
| 0514 | 1X1 | 772 | Pham, Hai | 9/25/2008 | 2/28/2010 | $1,300.00 | $1,120.00 |
| 0516 | 1X1 | 772 | King, Jaclyn | 3/1/2009 | 8/17/2010 | $1,300.00 | $500.00 |
| 0517 | 1X1 | 711 | Schwartz, Jeffrey | 8/18/2009 | 6/30/2010 | $1,300.00 | $1,100.00 |
| 0518 | 1X1 | 772 | Kert, Jeff | 7/1/2010 | 7/31/2009 | $1,300.00 | $1,150.00 |
| 0520 | 2X2 | 1,228 | Rajaram, Hari | 7/19/2004 | 5/31/2010 | $1,800.00 | $1,185.00 |
| 0601 | 2x1.50 | 1,104 | Dauphine, Stephen | 3/1/2010 | 10/31/2010 | $1,710.00 | $1,585.00 |
| 0602 | 2X2 | 1,228 | Chinniah, Nihal | 2/1/1993 | 4/30/2010 | $1,800.00 | $1,680.00 |
| 0603 | 1X1 | 711 | Wade, Bill | 10/15/2008 | 2/28/2011 | $1,300.00 | $1,160.00 |
| 0606 | 1X1 | 772 | Rundstrom, Jessica | 5/1/2001 | 1/4/2011 | $1,300.00 | $1,100.00 |
| 0607 | 1X1 | 772 | Chavan, Pradip | 12/5/2009 | 10/9/2009 | $1,300.00 | $1,125.00 |
| 0611 | 1X1 | 772 | Rostkowski, Robert | 4/10/2009 | 2/28/2011 | $1,300.00 | $1,170.00 |
| 0612 | 1X1 | 772 | Guardiani, Alberta L | 8/1/2007 | 2/28/2011 | $1,300.00 | $0.00 |
| 0614G | 1X1 | 772 | Lynch, Christopher | 6/1/1995 | 7/31/2010 | $1,300.00 | $500.00 |

| 0615 | 1X1 | 711 Padhy, Subrat | 5/1/2009 | 4/30/2011 | $1,300.00 | $0.00 |
| 0616 | 1X1 | 772 Singh, Shailendra | 6/28/2009 | 6/27/2010 | $1,300.00 | $500.00 |
| 0617 | 1X1 | 711 Aneez, Mohamed | 3/11/2010 | 9/10/2010 | $1,300.00 | $500.00 |
| 0618 | 1X1 | 772 Chan, Melisa | 8/1/2009 | 7/31/2010 | $1,130.00 | $500.00 |
| 0619 | 2x1.50 | 1,104 Chandra, Raghuraj Singh | 1/19/2010 | 2/18/2011 | $1,710.00 | $1,450.00 |
| 0702 | 2X2 | 1,228 Han, Grace | 12/29/2004 | 7/31/2010 | $1,650.00 | $1,600.00 |
| 0703 | 1X1 | 711 Vanaparthi, Kamalesh | 8/1/2004 | 7/31/2010 | $1,300.00 | $500.00 |
| 0704 | 1X1 | 772 Ramachandra, Bhanuprakash | 12/15/2007 | 4/30/2010 | $1,175.00 | $500.00 |
| 0707 | 1X1 | 711 Olson, Paul | 12/1/2006 | 5/31/2010 | $1,275.00 | $500.00 |
| 0709 | 0x1 | 601 Woo, Justin | 3/17/2007 | 5/31/2010 | $995.00 | $500.00 |
| 0711 | 1X1 | 772 Hartsfield, Carolyn | 5/24/2009 | 4/23/2010 | $1,100.00 | $500.00 |
| 0712 | 1X1 | 772 Gopalakrishnan, Mohan | 7/26/2007 | 3/31/2010 | $1,220.00 | $500.00 |
| 0716 | 1X1 | 772 Henry-Cartier, David | 9/1/1993 | 7/31/2011 | $1,145.00 | $515.00 |
| 0717 | 1X1 | 711 Wade, Bill. | 4/20/2010 | 7/31/2010 | $1,275.00 | $500.00 |
| 0718 | 1X1 | 772 Carter, Anthony | 1/28/2005 | 7/31/2009 | $1,130.00 | $1,100.00 |
| 0719 | 2x1.50 | 1,104 Ware, Bradley | 5/1/2002 | 4/30/2010 | $1,690.00 | $1,200.00 |
| 0720 | 2X2 | 1,228 Vacant | | | $0.00 | $0.00 |
| 0801 | 2x1.50 | 1,104 Cox, George | 4/13/1999 | 4/30/2010 | $1,710.00 | $1,530.00 |
| 0803G | 1X1 | 711 Ambrose, Allen | 5/1/2005 | 4/30/2010 | $1,300.00 | $1,550.00 |
| 0808 | 1X1 | 772 Boutin, Paul | 3/7/2009 | 9/6/2010 | $1,300.00 | $500.00 |
| 0809 | 0x1 | 601 Moshier, John | 3/1/2010 | 8/31/2010 | $995.00 | $500.00 |
| 0811 | 1X1 | 772 Anam, Kalpana | 4/4/2009 | 4/3/2010 | $1,150.00 | $500.00 |
| 0812 | 1X1 | 772 Hicks, Thelma A | 5/15/2009 | 5/14/2010 | $1,150.00 | $500.00 |
| 0814 | 1X1 | 772 Suyambu, Krishna Kumar | 2/27/2010 | 8/26/2010 | $1,300.00 | $1,100.00 |
| 0815G | 1X1 | 711 Bachetti, Cristina | 4/4/2009 | 4/3/2010 | $1,250.00 | $500.00 |
| 0816 | 1X1 | 772 Woodland, Calvin | 3/1/2005 | 8/31/2009 | $1,170.00 | $1,100.00 |
| 0817G | 1X1 | 711 Pillai, Arun Gopinathan | 3/1/2009 | 8/31/2010 | $1,299.00 | $1,000.00 |
| 0818 | 1X1 | 772 Lin, Donald | 5/23/2008 | 11/30/2009 | $1,100.00 | $500.00 |
| 0901 | 2x1.50 | 1,104 Greene, Hillary | 8/1/2007 | 7/31/2010 | $1,680.00 | $500.00 |
| 0902 | 2X2 | 1,228 Vacant | | | $0.00 | $0.00 |
| 0903 | 1X1 | 711 Konda, Venkata Ananth | 3/1/2009 | 8/31/2010 | $1,120.00 | $500.00 |
| 0906 | 1X1 | 772 Krzyzek, Ray | 8/6/2007 | 7/31/2010 | $1,275.00 | $500.00 |

| Unit | Size | Name | Start Date | End Date | Rent | Balance |
|---|---|---|---|---|---|---|
| 0907 | 1X1 | 711 Luberda, James | 12/1/2009 | 11/30/2010 | $1,300.00 | $1,200.00 |
| 0909 | 0x1 | 601 Malen, Jackie | 9/15/2006 | 1/31/2011 | $995.00 | $500.00 |
| 0910G | 1X1 | 772 Bell, Brian | 5/23/2009 | 5/22/2010 | $1,300.00 | $500.00 |
| 0911G | 1X1 | 772 Ford, Bob | 9/1/2009 | 8/31/2010 | $1,300.00 | $0.00 |
| 0912 | 1X1 | 772 Joung, Kyoung Eun | 4/20/2009 | 4/19/2010 | $1,299.00 | $1,299.00 |
| 0914 | 1X1 | 772 Kocheria, Mohan | 12/5/2009 | 12/4/2010 | $1,300.00 | $500.00 |
| 0915 | 1X1 | 711 Ratansi, Shamir | 8/16/2004 | 5/31/2010 | $1,300.00 | $1,055.00 |
| 0916 | 1X1 | 772 Maintenance | 9/18/2008 | 12/31/2099 | $0.00 | $0.00 |
| 0918 | 1X1 | 772 Fernandes, William | 11/8/2008 | 5/31/2010 | $1,100.00 | $500.00 |
| 0919 | 2x1.50 | 1,104 Sharaf, Ruth | 2/1/1990 | 7/31/2010 | $1,320.00 | $665.00 |
| 1001 | 2x1.50 | 1,104 Landsman, Douglas | 11/1/1994 | 7/31/2010 | $1,320.00 | $800.00 |
| 1002G | 2X2 | 1,002 Alexander, Derek | 7/1/2008 | 6/30/2010 | $1,800.00 | $1,500.00 |
| 1003 | 1X1 | 711 Agarwal, Piyush | 12/15/2008 | 7/14/2010 | $1,100.00 | $500.00 |
| 1004 | 1X1 | 772 Ajayi, Bamidele | 9/10/2009 | 2/28/2010 | $1,050.00 | $500.00 |
| 1006G | 1X1 | 772 Gillotti, Scarlet | 8/29/2009 | 6/28/2010 | $1,150.00 | $500.00 |
| 1007G | 1X1 | 711 Schondebare, Jill | 6/5/2009 | 6/4/2010 | $1,250.00 | $500.00 |
| 1008 | 1X1 | 772 Dhillon, Jaspreet Singh | 10/3/2009 | 10/2/2010 | $1,300.00 | $500.00 |
| 1009 | 0x1 | 601 Jacob, Smitha | 5/12/2007 | 7/31/2010 | $995.00 | $500.00 |
| 1012 | 1X1 | 772 Gustafson, Dale | 10/1/2008 | 9/30/2010 | $1,300.00 | $500.00 |
| 1014 | 1X1 | 772 Kotlikova, Galina | 1/5/2005 | 1/31/2011 | $1,100.00 | $500.00 |
| 1015 | 1X1 | 711 Kalra, Saurabh | 3/28/2009 | 3/27/2010 | $1,090.00 | $990.00 |
| 1016 | 1X1 | 772 Vertefeuille, Christine | 6/9/2009 | 6/8/2010 | $1,150.00 | $500.00 |
| 1017 | 1X1 | 711 Myint, San San | 1/1/2010 | 1/31/2011 | $1,150.00 | $500.00 |
| 1018 | 1X1 | 772 Bradham, Tom | 11/15/1998 | 11/30/2009 | $1,100.00 | $1,100.00 |
| 1019 | 2x1.50 | 1,104 Uppuluri, Srikanth | 5/8/2009 | 5/7/2010 | $1,710.00 | $955.00 |
| 1020 | 2X2 | 1,228 Kommu, Krishna | 9/5/2009 | 3/4/2010 | $1,500.00 | $500.00 |
| 1101 | 2x1.50 | 1,104 Vacant | | | $0.00 | $0.00 |
| 1103 | 1X1 | 711 Kumar, Vipin | 1/3/2009 | 5/2/2010 | $1,300.00 | $500.00 |
| 1104 | 1X1 | 772 Glass, Judith | 2/1/1995 | 5/31/2010 | $1,135.00 | $820.69 |
| 1106 | 1X1 | 772 Kotulski, Lindsey | 11/19/1999 | 4/30/2010 | $1,200.00 | $1,055.00 |
| 1107 | 1X1 | 711 Ackerman, Allen | 8/1/1992 | 11/30/2010 | $1,175.00 | $489.73 |
| 1109 | 0x1 | 601 Reid, Meg | 8/1/2009 | 7/31/2010 | $995.00 | $500.00 |

| Unit | Type | Sq Ft | Tenant | | | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|
| 1110 | 1X1 | 772 | Birchette, Taylor Chase | 5/14/2009 | 5/13/2010 | $1,300.00 | $500.00 |
| 1111 | 1X1 | 772 | Oberoi, Gaurav | 12/12/2009 | 1/11/2011 | $1,300.00 | $1,100.00 |
| 1112 | 1X1 | 772 | Beltran, Renan | 3/20/2010 | 9/19/2010 | $1,300.00 | $500.00 |
| 1114G | 1X1 | 772 | Lee, Ownie | 8/1/2008 | 7/31/2010 | $1,300.00 | $1,300.00 |
| 1115 | 1X1 | 711 | Singh, Rajesh | 6/12/2009 | 6/11/2010 | $1,150.00 | $500.00 |
| 1116 | 1X1 | 772 | Young, Jay | 5/26/2002 | 5/31/2010 | $1,170.00 | $615.00 |
| 1118 | 1X1 | 772 | Gautam, Naresh | 2/21/2009 | 2/20/2011 | $1,300.00 | $500.00 |
| 1119 | 2x1.50 | 1,104 | Soh, Sokcheng | 10/1/2009 | 3/31/2010 | $1,850.00 | $1,730.00 |
| 1120 | 2X2 | 1,228 | Shenoi, Krishna Sujith | 2/13/2010 | 5/12/2010 | $1,800.00 | $1,450.00 |
| 1201 | 2x1.50 | 1,104 | Anderson, Arthur | 12/1/2001 | 11/30/2010 | $1,710.00 | $560.00 |
| 1202 | 2X2 | 1,228 | Meaden, Charles-son | 12/26/2000 | 12/31/2010 | $1,660.00 | $1,555.00 |
| 1203 | 1X1 | 711 | AECOM USA, Inc. | 6/1/2009 | 5/31/2010 | $1,300.00 | $500.00 |
| 1204 | 1X1 | 772 | Banji, Asif (Steve) | 3/1/2009 | 8/31/2010 | $1,300.00 | $500.00 |
| 1208 | 1X1 | 772 | Procare U.S.A | 11/19/2007 | 10/15/2009 | $1,300.00 | $425.00 |
| 1209 | 0x1 | 601 | Brechtel, Virginia | 8/1/1994 | 7/31/2010 | $995.00 | $910.00 |
| 1211 | 1X1 | 772 | Syed, Ghouse Pasha | 1/22/2010 | 1/21/2011 | $1,300.00 | $1,150.00 |
| 1216 | 1X1 | 772 | Boylan, John | 11/1/1994 | 10/31/2010 | $1,300.00 | $696.25 |
| 1217 | 1X1 | 711 | Guala, Ronald | 3/1/2010 | 2/28/2011 | $1,300.00 | $1,000.00 |
| 1218 | 1X1 | 772 | Caruso, Amanda | 6/1/2009 | 5/31/2010 | $1,300.00 | $500.00 |
| 1219 | 1X1 | 1,104 | Fiveash, Randall | 12/1/2009 | 11/30/2010 | $1,710.00 | $0.00 |
| 1220 | 2X2 | 1,228 | Rivera, Victor | 9/8/2008 | 9/9/2009 | $1,800.00 | $0.00 |
| 807 | 1X1 | 711 | Serykh, Andrei | 1/10/2010 | 7/9/2010 | $1,300.00 | $1,100.00 |
| Bushnell 2-1019 | | 0 | Vacant | | | $0.00 | $0.00 |
| Parking-01 | | 0 | Antoinetti, Jude | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |
| 02 | | 0 | Morgan, Robert | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |
| 03 | | 0 | Antaya, Kevin | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |
| 04 | | 0 | Mahoney, Don | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |
| 05 | | 0 | Mulcahy, Ann | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |
| 06 | | 0 | Dempsey, Jeffrey | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |
| 07 | | 0 | Frederick, Barbara | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |
| 08 | | 0 | Tarinelli, William | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |
| 09 | | 0 | Ellis, Barbara | 6/1/2009 | 6/30/2009 | $0.00 | $60.00 |

| # | | Tenant | Move In | Move Out | | | |
|---|---|---|---|---|---|---|---|
| 10 | 0 | Wilkinson, Kyle | 6/1/2009 | 6/30/2009 | $0.00 | $0.00 | $0.00 |
| 11 | 0 | Saab, Maria | 6/1/2009 | 6/30/2009 | $0.00 | $0.00 | $0.00 |
| 12 | 0 | Vacant | | | $0.00 | $0.00 | $0.00 |
| 13 | 0 | Bagdasarian, John | 6/1/2009 | 6/30/2009 | $60.00 | $0.00 | $0.00 |
| 14 | 0 | Kroll, Linda | 6/1/2009 | 6/30/2009 | $60.00 | $0.00 | $0.00 |
| 15 | 0 | Chipps, Katie | 6/1/2009 | 6/30/2009 | $60.00 | $0.00 | $60.00 |
| 16 | 0 | Vacant | | | $0.00 | $0.00 | $0.00 |
| 17 | 0 | Correll, Marjorie | 6/1/2009 | 6/30/2009 | $0.00 | $0.00 | $0.00 |
| 18 | 0 | Langschultz, Ken | 6/1/2009 | 6/30/2009 | $0.00 | $0.00 | $0.00 |
| 19 | 0 | Herzog, Kristin | 6/1/2009 | 6/30/2009 | $60.00 | $60.00 | $60.00 |
| 20 | 0 | Vacant | | | $0.00 | $0.00 | $0.00 |
| 21 | 0 | Vacant | | | $0.00 | $0.00 | $0.00 |
| 22 | 0 | Hirko, Catherine | 11/4/2009 | 11/3/2011 | $100.00 | $0.00 | $0.00 |
| 23 | 0 | Vacant | | | $0.00 | $0.00 | $0.00 |
| 24 | 0 | Vacant | | | $0.00 | $0.00 | $0.00 |
| 25 | 0 | Plocharczyk, Alexei | 3/1/2010 | 2/28/2012 | $125.00 | $60.00 | $60.00 |
| Totals | 134,190 | | | | $215,568.48 | $170,216.06 | $100,454.65 |

| | Rent | Units | | |
|---|---|---|---|---|
| Total | $215,568.48 | 173 | | 134190 |
| Occupied | $170,216.06 | 154 | 89.00% | 118783 |
| Vacant | $23,499.17 | 19 | 11.00% | 15407 |

B6H (Official Form 6H) (12/07)

In re    **Bushnell Regency, LLC** _____ ,     Case No. _____

                                     Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Michael Jaffe<br>3 Lantern Court<br>Montvale, NJ 07645 | Wells Fargo Bank Minnesota NA<br>c/o Berkadia Commercial Mortgage, LLC<br>118 Welsh Road<br>Horsham, PA 19044 |

0
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   Bushnell Regency, LLC _____   Case No. _____
                                              Debtor(s)                    Chapter      11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Agent of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   24   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March 24, 2010 _____          Signature   /s/ Martin Carlin _____
                                                           Martin Carlin
                                                           Agent

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re    Bushnell Regency, LLC _____ ,     Case No. _____

                   Debtor

                                              Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| Bushnell Regency Management LLC<br>50 Wacona Avenue<br>Waterbury, CT 06705 | | | 1% |
| Eagle Run LLC<br>67 Prospect Avenue, Suite 301A<br>Hartford, CT 06106 | | | 49% |
| The Jaffe Spirit, LLC<br>67 Prospect Avenue, Suite 301A<br>Hartford, CT 06106 | | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ March 24, 2010 _____      Signature _/s/ Martin Carlin _____

                                                     Martin Carlin
                                                     Agent

     *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                              18 U.S.C §§  152 and 3571.

___0___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Connecticut

In re    Bushnell Regency, LLC                    Case No.

                       Debtor(s)          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 24, 2010                  /s/ Martin Carlin

                                      Martin Carlin/Agent
                                      Signer/Title

Date:    March 24, 2010                  /s/ Alan B. Silver

                                      Signature of Attorney
                                      Alan B. Silver
                                      Levy & Droney, P.C.
                                      274 Silas Deane Highway
                                      Wethersfield, CT 06109
                                      (860) 257-9327   Fax: (860) 257-9324

Barbara Raisner
100 Wells Street
Unit 904
Hartford, CT 06103


Bridge Funding Inc.
535 Fifth
26th Floor
New York, NY 10017


Bushnell Regency Management LLC
50 Wacona Avenue
Waterbury, CT 06705


Bushnell Regency Management LLC
50 Wacona Avenue
Waterbury, CT 06705


Carpets Plus
35 Franklin Street
East Hartford, CT 06108


Charles Kriss
100 Wells Street
Unit 1102
Hartford, CT 06103


City of Hartford
Tax Collector
550 Main Street
Hartford, CT 06103


Condo Association
67 Prospect Ave.
Suite 301A
Hartford, CT 06106


Dana Cirtu
100 Wells Street
Unit 319
Hartford, CT 06103


Deborah Cooper
100 Wells Street
Unit 1011
Hartford, CT 06103

Eagle Run LLC
67 Prosepect Avenue, Suite 301A
Hartford, CT 06106


Florina Cirtu
100 Wells Street
Unite 319
Hartford, CT 06103


Frederick Townsend
100 Wells Street
Unit 908
Hartford, CT 06103


Hal Bogardus
100 Wells Street
Unit 706
Hartford, CT 06103


Helene Brown
1 Gold Street, #7A
Hartford, CT 06103


Henry Yancovich
100 Wells Street
Unit 304
Hartford, CT 06103


Jose R Morcillo
641 Park Street, Apt. B1
Hartford, CT 06106


Joseph Bradley
100 Wells Street
Unit 519
Hartford, CT 06103


Katherine J. Rossi
208a Neck Road
Madison, CT 06443


Kathleen Fitzsimmons
100 Wells Street
Unit 508
Hartford, CT 06103

Lester Clarke
166 Collins St, Apt 110
Hartford, CT 06105


MDC
555 Main Street
P.O. Box
Hartford, CT 06142-0800


MDC
555 Main Street
P.O. Box 800
Hartford, CT 06142-0800


Michael Jaffe
3 Lantern Court
Montvale, NJ 07645


Neil Rekhi
100 Wells Street
Unit 410
Hartford, CT 06103


Richard Caouetter
17 Farrel Street
Wolcott, CT 06716


Ruth Yancovich
100 Wells Street
Unit 304
Hartford, CT 06103


The Jaffe Spirit, LLC
67 Prospect Avenue, Suite 301A
Hartford, CT 06106


Victor M. Rivera
100 Wells Street, Apt #1220
Hartford, CT 06103


Wells Fargo Bank Minnesota NA
c/o Berkadia Commercial Mortgage, LLC
118 Welsh Road
Horsham, PA 19044

Zenaida Martinez
100 Wells Street
Unit 608
Hartford, CT 06103

# United States Bankruptcy Court
## District of Connecticut

In re   Bushnell Regency, LLC                                      Case No. _____

Debtor(s)                                 Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Bushnell Regency, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Eagle Run LLC
67 Prospect Avenue, Suite 301A
Hartford, CT 06106

The Jaffe Spirit, LLC
67 Prospect Avenue, Suite 301A
Hartford, CT 06106

☐ None [*Check if applicable*]

March 24, 2010                           /s/ Alan B. Silver
_____                  _____
Date                                     Alan B. Silver
                                         Signature of Attorney or Litigant
                                         Counsel for   Bushnell Regency, LLC
                                         Levy & Droney, P.C.
                                         274 Silas Deane Highway
                                         Wethersfield, CT 06109
                                         (860) 257-9327 Fax:(860) 257-9324